IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-660 |
| | § | |
| MACIAS ENTERPRISES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Plaintiff J&J Sports Productions, Inc. recovers from defendants Macias Enterprises, Individually and d/b/a Club 1400, and Anna Macias, Individually and d/b/a Club 1400, statutory damages in the amount of $10,000.00, additional damages in the amount of $25,000.00, attorneys' fees in the amount of $1,500.00, and postjudgment interest at the rate of 0.14% *per annum*.

This is a final judgment.

SIGNED on September 3, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge